

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00387-CV

**STATE OF TEXAS FOR THE PROTECTION OF R.F.**,
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-01450
The Honorable Aaron Haas, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on June 11, 2019. The clerk of the court notified the appellant in writing that our records did not reflect that the filing fee in the amount of $205.00 was paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c)   All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court